IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR POWELL,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | |
| PAUL M. SHULTZ, et al.,<br>Respondents. | : | NO. 09-3692 |

### O R D E R

AND NOW, this 16th day of July, 2010, upon consideration of the petition for a writ of habeas corpus, Respondents' answer, and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED without prejudice**;

3. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_/s/ Juan R. Sanchez_
JUAN R. SANCHEZ, J.